CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 13 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **S E A L E D** |
| | ) | |
| v. | ) | Criminal No. 7/12Cr100 |
| | ) | |
| DAVID WADE COLEMAN | ) | |
| RONNIE STEVEN KRESS | ) | |

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the above indictment be sealed.

1. The government states that the disclosure of the above indictment would jeopardize the investigation and capture of the defendants.

2. The government requests that the indictment be sealed for 30 days or until the arrest of the defendant whichever is sooner.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

/s/ Ashley B. Neese

Date: December 13, 2012

Ashley B. Neese
Assistant United States Attorney
VA State Bar No. 75242
Ashley.neese@usdoj.gov