CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 13 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **S E A L E D** |
| | ) | |
| v. | ) | Criminal No. 7/12cr100 |
| | ) | |
| DAVID WADE COLEMAN | ) | |
| RONNIE STEVEN KRESS | ) | |

## ORDER

Upon motion by the government and for good cause shown, it is hereby **ORDERED** that the indictment and all related documents in the above-captioned matter be placed under seal for thirty days or when the defendant is in custody, whichever is sooner.

ENTERED: This 13th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE