SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 13 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SEALED |
| | : | |
| | : | Case No. 7:12cr100 |
| v. | : | |
| | : | Violations: |
| DAVID WADE COLEMAN | : | 21 U.S.C. § 846 |
| RONNIE STEVEN KRESS | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 952 |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. Beginning at a time unknown, but not later than May 12, 2011, and continuing until on or about January 19, 2012, in the Western District of Virginia, and elsewhere, DAVID WADE COLEMAN and RONNIE STEVEN KRESS, did knowingly combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute, Percocet, a Schedule II controlled substance, Xanax, a Schedule IV controlled substance, and other controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

2012R00807                                                            1

## COUNT TWO

The Grand Jury charges that:

3. On or about January 19, 2012, in the Western District of Virginia, the defendants, DAVID WADE COLEMAN and RONNIE STEVEN KRESS, knowingly and intentionally possessed with intent to distribute Percocet, a Schedule II controlled substance, and Xanax, a Schedule IV controlled substance, and did aid and abet each other in the commission of this offense.

4. All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

The Grand Jury charges that:

5. On or about and between a time unknown but not later than December 14, 2012, and continuing until on or about December 30, 2012, in the Western District of Virginia, and elsewhere, the defendant, DAVID WADE COLEMAN, did knowingly and intentionally import into the customs territory of the United States from any place outside thereof, to wit: Pakistan, Schedule II and Schedule IV controlled substances.

6. All in violation of Title 21, United States Code, Section 952(a).

A True Bill this 13th day of December, 2012.

Robert C. Aydlett
FOREPERSON

TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

*2012R00807*  2