UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - MOTION HEARING

Case No.: 7:12cr100-001          Date: 2/26/2013

**Defendant:** David Wade Coleman, custody          **Counsel:** Randy V. Cargill, AFPD

PRESENT:
| | | |
|---|---|---|
| JUDGE: | James C. Turk | TIME IN COURT: 9:36-9:43, 7 minutes |
| Deputy Clerk: | S. Sakalas | |
| Court Reporter: | Carol Jacobs | |
| U. S. Attorney: | Ashley Neese, AUSA | |
| USPO: | none | |
| Case Agent: | none | |
| Interpreter: | n/a | |

## WITNESSES:

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

**PROCEEDINGS:**

Hearing on Defendant's [30] Motion to Appoint New Counsel – Defense attorney and defendant address the court regarding motion to appoint new counsel. AUSA addresses the Court regarding motion.

Court grants motion to appoint new attorney. New attorney will be appointed today and will get in touch with the defendant. Trial to be set as quickly as possible.

USA indicates that there will be a superseding indictment soon.

Defendant remanded to custody.