IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number: 7:12CR00100 |
| | ) | |
| DAVID WADE COLEMAN | ) | |
| | ) | |
| Defendant | ) | |

### DEFENDANT'S MOTION FOR PRETRIAL RELEASE

Now comes Defendant David Wade Coleman ("Coleman"), pursuant to 18 U.S.C. §§ 3142 and 3143 and other applicable law, and moves the Court to set reasonable conditions of bond for his pre-trial release. This motion rests on the following grounds.

1. The defendant has longstanding ties to Wythe County, Virginia.

2. Defendant's parents are willing to have him reside with them in Wythe County, Virginia, pending trial.

3. Defendant does not pose a threat to society or risk of flight.

Wherefore, Defendant David Wade Coleman requests that the Court release him on reasonable conditions of bond prior to trial.

DAVID WADE COLEMAN

By: s/ Paul G. Beers
Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8035
Facsimile (540) 224-8050
Email: pbeers@gfdg.com
Counsel for David Wade Coleman

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, I electronically filed the foregoing Defendant's Motion for Pretrial Release with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ashley Neese, Esq., Assistant United States Attorney, United States Attorney's Office, P. O. Box 1709, Roanoke, Virginia 24008-1709 and Patrick Jon Kenney, Esquire, P.O. Box 599, Roanoke, Virginia  24004, counsel for co-Defendant.

s/ Paul G. Beers
Paul G. Beers