IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **S E A L E D** |
| | ) | |
| v. | ) | Criminal No. 7:12-CR-00100 |
| | ) | |
| DAVID WADE COLEMAN | ) | |
| RONNIE STEVEN KRESS | ) | |
| JASON LEE TRIVETT | ) | |
| DEBRA SUE KIRBY | ) | |
|    aka: "Suzy" | ) | |
| GEORGE ANTHONY GIBSON | ) | |

<u>MOTION TO SEAL</u>

Comes now the United States of America through its attorney and requests that the above superseding indictment be sealed.

1. The government states that the disclosure of the above superseding indictment would jeopardize the investigation and capture of the defendants.

2. The government requests that the superseding indictment be sealed for 30 days or until the arrests of the defendants, whichever is sooner.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

Date: March 21, 2013

/s/ Ashley B. Neese
Ashley B. Neese
Assistant United States Attorney
VA State Bar No. 75242
Ashley.neese@usdoj.gov