CLERK'S OFFICE U.S. DIST.
AT ROANOKE, VA
FILED

MAR 21 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SEALED |
| | : | Case No. 7:12-CR-00100 |
| v. | : | |
| | : | Violations: 21 U.S.C. § 846 |
| DAVID WADE COLEMAN | : | 21 U.S.C. § 841(a)(1) |
| RONNIE STEVEN KRESS | : | 21 U.S.C. § 952 |
| JASON LEE TRIVETT | : | |
| DEBRA SUE KIRBY | : | |
| aka: "Suzy" | : | |
| GEORGE ANTHONY GIBSON | : | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. Beginning in at least 2010, and continuing to on or about December 17, 2012, in the Western District of Virginia, and elsewhere, DAVID WADE COLEMAN, RONNIE STEVEN KRESS, JASON LEE TRIVETT, DEBRA SUE KIRBY, aka "Suzy," and GEORGE ANTHONY GIBSON, did knowingly combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute, Percocet, a Schedule II controlled substance, Xanax, a Schedule IV controlled substance, and other controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

The Grand Jury charges that:

3. On or about January 19, 2012, in the Western District of Virginia, the defendants, DAVID WADE COLEMAN and RONNIE STEVEN KRESS, knowingly and intentionally possessed with intent to distribute Percocet, a Schedule II controlled substance, and Xanax, a Schedule IV controlled substance, and did aid and abet each other in the commission of this offense.

4. All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

The Grand Jury charges that:

5. On or about and between a time unknown but not later than December 14, 2011, and continuing until on or about December 30, 2011, in the Western District of Virginia, and elsewhere, the defendant, DAVID WADE COLEMAN, did knowingly and intentionally import into the customs territory of the United States from any place outside thereof, to wit: Pakistan, Schedule II and Schedule IV controlled substances.

6. All in violation of Title 21, United States Code, Section 952(a).

## COUNT FOUR

The Grand Jury charges that:

7. On or about December 17, 2012, in the Western District of Virginia, the defendant, DAVID WADE COLEMAN, knowingly and intentionally distributed Dilaudid, a Schedule II controlled substance, and Xanax, a Schedule IV controlled substance.

8. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A True Bill this 21st day of March, 2013.

_____
FOREPERSON

_____
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY