# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Roanoke DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 7:12-cr100 1-5       Date: 7/30/13

| | |
|---|---|
| **Defendant:** David Coleman, Ronnie Kress. Jason Trivett, Debra Kirby, George Gibson (all on bond) | **Counsel:** Paul Beers, Patrick Kenney, Richard Davis, John Gregory, Jr. Stephen Wills, Esq. |

PRESENT:
- JUDGE: James C. Turk
- Deputy Clerk: Lynn Dozier
- Court Reporter: Judy Webb
- U. S. Attorney: Ashley Neese
- USPO: Jennifer Williams
- Case Agent: Chris Cummings
- Interpreter: -

TIME IN COURT: 9:50 – 10:35 AM

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreements filed with court.
- ☐ Defendants advised of right to have U. S. District Judge accept plea. Defendants waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendants 1-5 re-arraigned as to Counts 1
- ☒ Defendants placed under oath. Court questions defendants regarding his/her physical and mental condition, and advises defendants of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts pleas of guilty.
- ☒ Guilty plea forms executed and filed.
- ☒ Government summarizes evidence to support pleas and rests.
- ☒ Court finds defendants guilty as charged in Counts 1
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1 | | | |
| 2 | 1 | | | |
| 3 | 1 | | | |
| 4 | 1 | | | |
| 5 | 1 | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☒ Defendants to remain on bond.
- ☐ Defendant remanded to custody.

 Sentencing hearing scheduled for see below before Honorable James C. Turk.

Additional Information:
Sentencing for David Wade Coleman - 11-13-13 at 9:30 AM
Sentencing for Ronnie Steven Kress - 11-13-13 at 10:30 AM
Sentencing for Jason Lee Trivett - 11-14-13 at 9:30 AM
Sentencing for Debra Jean Roberts Kirby - 12-2-13 at 9:30 AM
Sentencing for George Anthony Gibson - 11-13- at 1:00 PM